IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

MICHAEL EDWARD VOYLES                                                    PLAINTIFF

VS.                                               CIVIL ACTION NO. 3:13cv1041-DPJ-FKB

SCOTT MARQUARDT, et al.                                                DEFENDANTS

## REPORT AND RECOMMENDATION

Michael Edward Voyles is a state prisoner incarcerated at the East Mississippi
Correctional Facility (EMCF).  He brought this action pursuant to 42 U.S.C. § 1983
alleging that conditions at the prison violate his rights under the Eighth Amendment.  On
April 30, 2014, a *Spears* hearing was held at which Plaintiff was given the opportunity to
testify concerning his claims.  Having considered that testimony, the undersigned
recommends that this action be dismissed *sua sponte* pursuant to 28 U.S.C. §
1915(e)(2)(B)(i).

Plaintiff's complaints about life at EMCF are as follows.  He alleges that gaps under
the doors allow bathroom odors to escape into the eating areas, that meals are served
from the same carts used for taking out trash, that food trays are not cleaned or dried
properly, that food is served cold and is not seasoned, and that inadequate sanitation
supplies are distributed to inmates.

In order to establish an Eighth Amendment claim based upon prison conditions, an
inmate must show that he has been incarcerated under conditions that pose a substantial
risk of serious harm to his health or safety and that prison officials knew of the risk and
nevertheless disregarded it.  *Farmer v. Brennan*, 511 U.S. 825, 834 (1994).  Plaintiff's
allegations fall far short of this standard.  For these reasons, the undersigned

recommends that this action be dismissed as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B)(i).

The parties are hereby notified that failure to file written objections to the proposed findings, conclusions, and recommendation contained within this report and recommendation within fourteen (14) days after being served with a copy shall bar that party, except upon grounds of plain error, from attacking on appeal the proposed factual findings and legal conclusions accepted by the district court.  28 U.S.C. §636; Fed. R. Civ. P. 72(b); *Douglass v. United Services Automobile Ass'n*, 79 F.3d 1415, 1428-29 (5th Cir. 1996).

Respectfully submitted, this the 5th day of May, 2014.

/s/ F. Keith Ball
UNITED STATES MAGISTRATE JUDGE